IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| SUZANNE PETERSON, | ) | |
| | ) | |
| Petitioner, | ) | No. C06-4073-DEO |
| | ) | CR04-4112-DEO |
| vs. | ) | |
| | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | IN A CIVIL CASE |
| | ) | |
| Respondent. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Petitioner's request for relief pursuant to 28 U.S.C. Section 2255 is denied and this matter is dismissed in its entirety.

Dated: June 29, 2007                    PRIDGEN J. WATKINS
                                        Clerk

                                        /s/ des
                                        _____
                                        (By) Deputy Clerk